# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132186

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 132186
                                            COA: 260535
                                            Lapeer CC: 03-007957-FC

DONALD LEE FIKE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006                        _____

t1120                                         Clerk